UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kelsey Friend, et al.,
    Plaintiff(s),

v.                        Case No. 1:17-cv-766
                              (Consent Case ; Litkovitz, M.J.)

Adams County Sheriff, et al.,
    Defendant(s).

**ORDER**

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date____9/14/2020____                        _____
awh       September 14, 2020             Karen L. Litkovitz
                                                    United States Magistrate Judge